MN, ND - 305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5**
**For Deposit to Registry Fund**

Debtor: CHAI SONG

Chapter 7 Case No. 10-46477-NCD

Please Check One:

xxx    Unclaimed Dividends

____   Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chai Song<br>3401 Penn Avenue North<br>Minneapolis, MN 55412 | n/a | 4.08 | 4.08 |

DATED: July 25, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

10-322